# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WILKEN, CLAUDIA | USDC FOR THE NO DIST OF CALIF | 05/15/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE, SENIOR | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

1301 CLAY STREET
OAKLAND, CA 94612

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | TRUST #3 |
| 2. | TRUSTEE | TRUST #5 |
| 3. | TRUSTEE | TRUST #6 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

1

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2015 | SALARY FROM GOVERNMENT EMPLOYMENT |
| 2. | 2015 | SELF-EMPLOYED ATTORNEY |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILKEN, CLAUDIA | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank accounts | | None | L | T | | | | | |
| 2. Schwab Cash Deposit Account | A | Int./Div. | K | T | | | | | |
| 3. Schwab US Tsy Money Fd | | None | L | T | | | | | |
| 4. Wells Fargo Advtg Govt Fd | A | Dividend | | | Sold | 10/23/15 | L | | |
| 5. Wells Fargo Advtg Govt Fd | A | Dividend | | | Buy (add'l) | 01/05/15 | J | | |
| 6. Wells Fargo Advtg Govt Fd | A | Dividend | | | Buy (add'l) | 02/05/15 | J | | |
| 7. Wells Fargo Advtg Govt Fd | A | Dividend | | | Buy (add'l) | 03/05/15 | J | | |
| 8. Wells Fargo Advtg Govt Fd | A | Dividend | | | Buy (add'l) | 04/06/15 | J | | |
| 9. Wells Fargo Advtg Govt Fd | A | Dividend | | | Buy (add'l) | 05/05/15 | J | | |
| 10. Wells Fargo Advtg Govt Fd | A | Dividend | | | Buy (add'l) | 06/05/15 | J | | |
| 11. Wells Fargo Advtg Govt Fd | A | Dividend | | | Buy (add'l) | 07/06/15 | J | | |
| 12. Wells Fargo Advtg Govt Fd | A | Dividend | | | Buy (add'l) | 08/05/15 | J | | |
| 13. Wells Fargo Advtg Govt Fd | A | Dividend | | | Buy (add'l) | 09/08/15 | J | | |
| 14. Wells Fargo Advtg Govt Fd | A | Dividend | | | Buy (add'l) | 10/05/15 | J | | |
| 15. Wells Fargo Govt Sec Cl A | A | Dividend | L | T | Buy | 10/23/15 | L | | |
| 16. Schwab S&P 500 Index Fd | C | Dividend | M | T | | | | | |
| 17. Schwab S&P 500 Index Fd | C | Dividend | | | Buy (add'l) | 01/15/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILKEN, CLAUDIA | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab S&P 500 Index Fd | C | Dividend | | | Buy (add'l) | 02/05/15 | J | | |
| 19. Schwab S&P 500 Index Fd | C | Dividend | | | Buy (add'l) | 03/05/15 | J | | |
| 20. Schwab S&P 500 Index Fd | C | Dividend | | | Buy (add'l) | 04/06/15 | J | | |
| 21. Schwab S&P 500 Index Fd | C | Dividend | | | Buy (add'l) | 05/05/15 | J | | |
| 22. Schwab S&P 500 Index Fd | C | Dividend | | | Buy (add'l) | 06/05/15 | J | | |
| 23. Schwab S&P 500 Index Fd | C | Dividend | | | Buy (add'l) | 07/06/15 | J | | |
| 24. Schwab S&P 500 Index Fd | C | Dividend | | | Buy (add'l) | 08/05/15 | J | | |
| 25. Schwab S&P 500 Index Fd | C | Dividend | | | Buy (add'l) | 09/08/15 | J | | |
| 26. Schwab S&P 500 Index Fd | C | Dividend | | | Buy (add'l) | 10/05/15 | J | | |
| 27. Schwab S&P 500 Index Fd | C | Dividend | | | Buy (add'l) | 11/05/15 | J | | |
| 28. Schwab S&P 500 Index Fd | C | Dividend | | | Buy (add'l) | 12/07/15 | J | | |
| 29. IRA #1: Schwab US Tsy Money Fd | | None | J | T | | | | | |
| 30. IRA #1: Invensense Inc | | None | J | T | | | | | |
| 31. IRA #1: Wells Fargo Advantage Govt Fd | A | Dividend | | | Sold | 10/23/15 | J | | |
| 32. IRA #1: Wells Fargo Govt Sec Cl A | A | Dividend | J | T | Buy | 10/23/15 | J | | |
| 33. IRA #1: Dreyfus International Stock Index Fd | A | Dividend | K | T | | | | | |
| 34. IRA #1: Dreyfus Small Cap Stock Index Fd | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILKEN, CLAUDIA | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. IRA #2: Schwab US Tsy Money Fd | | None | K | T | | | | | |
| 36. IRA #2: Schwab Value Advantage Fd | | None | | | Distributed (part) | 01/23/15 | J | | |
| 37. IRA #2: Schwab Value Advantage Fd | | None | | | Sold | 06/08/15 | J | | |
| 38. IRA #2: Dodge & Cox Income Fd | A | Dividend | K | T | | | | | |
| 39. IRA #2: Dreyfus International Stock Index Fd | B | Dividend | L | T | | | | | |
| 40. IRA #2: Dreyfus International Stock Index Fd | B | Dividend | | | Buy (add'l) | 07/02/15 | J | | |
| 41. IRA #2: Schwab S&P 500 Index Fd | | None | | | Distributed | 01/23/15 | K | | |
| 42. IRA #2: Vanguard 500 Index Fd | C | Dividend | M | T | | | | | |
| 43. IRA #2: Wells Fargo Advantage Govt Sec | B | Dividend | | | Sold | 10/23/15 | M | | |
| 44. IRA #2: Wells Fargo Govt Sec Cl A | A | Dividend | M | T | Buy | 10/23/15 | M | | |
| 45. IRA #2: Ishares Tr Russell 2000 | A | Dividend | K | T | | | | | |
| 46. IRA #2: Ishares Tr Russell 2000 | A | Dividend | | | Sold (part) | 06/01/15 | J | B | |
| 47. IRA #2: Ishares Tr Russell 2000 | A | Dividend | | | Sold (part) | 06/02/15 | J | B | |
| 48. IRA #2: Ishares Tr Russell 2000 | A | Dividend | | | Sold (part) | 06/08/15 | J | A | |
| 49. IRA #2: Ishares Tr Russell 2000 | A | Dividend | | | Sold (part) | 06/08/15 | J | B | |
| 50. IRA #2: Ishares Tr Russell 2000 | A | Dividend | | | Sold (part) | 06/23/15 | J | C | |
| 51. IRA #2: Ishares Tr Russell 2000 | A | Dividend | | | Sold (part) | 06/26/15 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILKEN, CLAUDIA | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA #2: Baird Core Plus Bd Inv | A | Dividend | J | T | Buy | 06/26/15 | J | | |
| 53. IRA #2: Schwab US Aggregate Bond ETF | A | Dividend | J | T | Buy | 06/08/15 | J | | |
| 54. IRA #2: Ishares Core S&P ETF | A | Dividend | K | T | | | | | |
| 55. IRA #2: Ishares Core S&P ETF | A | Dividend | | | Sold (part) | 06/26/15 | J | C | |
| 56. IRA #2: SPDR S&P 500 ETF | B | Dividend | L | T | | | | | |
| 57. IRA #2: SPDR S&P Dividend ETF | A | Dividend | J | T | | | | | |
| 58. Trust #3: Schwab 529 Aggressive | | None | K | T | Buy (add'l) | 02/27/15 | J | | |
| 59. Trust #5: Schwab 529 Moderate | | None | K | T | Buy (add'l) | 02/27/15 | J | | |
| 60. Trust #6: Schwab 529 Aggressive | | None | J | T | Buy | 02/27/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILKEN, CLAUDIA | 05/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CLAUDIA WILKEN**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544